IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:13cr80-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| DARIUS DONNELL FREEMAN (1) | ) | |

**THIS MATTER** is before the Court upon Defendant's Motions To Continue Docket Call/Trial from the November 12, 2013, criminal term, in the Statesville Division.

For the reasons stated in Defendants' Motions and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendants outweigh the best interest of the public and the Defendants to a speedy trial.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motions for a continuance is **GRANTED**. This case is hereby continued from the November 2013, criminal term in the Statesville Division to the January 6, 2014, criminal term in the Statesville Division

Signed: November 10, 2013

Richard L. Voorhees
United States District Judge